PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
FILED
JAN 09 2023
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE ED Southern DISTRICT OF TEXAS
Houston DIVISION

__Victor Hernandez Jr #2032900__
Plaintiff's Name and ID Number

__Polunsky Unit__
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

__TDCJ Huntsville TX P.O.Box 60 or 99 Hunstville TX 77342__
Defendant's Name and Address

__late__
Defendant's Name and Address

__later__
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

# FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

# CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1. Approximate date of filing lawsuit: 1-4-23 ~~~~ explain

       2. Parties to previous lawsuit:
          Plaintiff(s) none
          Defendant(s) none

       3. Court: (If federal, name the district; if state, name the county.) none

       4. Cause number: none

       5. Name of judge to whom case was assigned: none

       6. Disposition: (Was the case dismissed, appealed, still pending?) none

       7. Approximate date of disposition: will not if lot come alront will explain

Rev. 05/15

2


II. PLACE OF PRESENT CONFINEMENT: a none understand case. will explain late - if you will

III. EXHAUSTION OF GRIEVANCE PROCEDURES: explain what not understnable
Have you exhausted all steps of the institutional grievance procedure? ✓ YES __ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
Never got it back from Huntsville Step 1 step 2 for an agrave assault on me. Now another that has been completed

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Victor Hernandez Jr 2052900
Polunsky Unit 3072 FM 350 S. Livingston TX 77351

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: McConnell unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Cruel and unusal punish beyond that all people there except the women

Defendant #2: Jester 4

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Handled me as with cruel and unusal punishe call them except the women there and beyond don't know the name all Jester 4 unit in the clearing in there like McConnell unit too

Defendant #3: Micheal unit only no other defendants or all same acts cruel and unusal punishment and beyond then women

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: Polunsky unit same thing for all of them the defendants the Polunsky unit with Huntsville involve

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Just cruel and unusal punishment full unit everyone except never had a problem with a women. cruel and unusal punishment and beyond

Defendant #5: Huntsville for cruel and unusal punish by letting the thing happen to me like in every other unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I've been too except skyview unit for not and letting it happen again in McConnell unit for us that needed the hotline because I seen and every like my neighbor in D-12 building when I was in 3 cell and he was in 2 cell we already won the step 2 and they started with there

(side margin) full letting that happen again.

Rev. 06/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I'm just striking McConnel unit for cruel and unusual punishment and doings all McConnell just like Jester 4 all Jester 4 cruel and unusal punish like Michael unit to cruel and unusual punishment all Micheal unit and like Polunsky unit cruel and unusual punish all people including everybody and Huntsville TDCJ for letting happen the unusual punishment. That's all I know. I will explain late right now I'm looking for a lawyer with my own money so I'm willing to Starquit because I have the right to remain silent will

VI. RELIEF: need to talk to a lawyer first so so called this someth

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm looking to for file a call law suit for 100, and ten million dollars but like I said try to conduct a lawyer need to talk to my mom will get a visit this month January.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Hernandez, BamBam, Valluco to so called to get out to population or Victor now since 2004

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

I only know 2032900 but will look for them other ones while and when I get a lawyer because I will get a lawyer.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Hospital with Rid and associates in California in federal court need to find out but need

2. Case number: will get eventually need some time I got them at home and the lawyer will tell him

3. Approximate date sanctions were imposed: will tell late

4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed?  YES ✓  NO
   *I don't even know*

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): late
   2. Case number: late
   3. Approximate date warning was issued: late

Executed on: 1-9-23
DATE

Victor Hernandez JR
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury. *I am danger and serious physical injury*
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___9th___ day of ___9___, 20 _23_.
           (Day)              (month)          (year)

Victor Hernandez JR
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

Victor Hernandez Jr #2032900
Polunsky Unit
3872 FM 350 S.
Livingston, TX 77351

United States Courts
Southern District of Texas
FILED
JAN 09 2023
Nathan Ochsner, Clerk of Court

US District Court
US Office
P.O. Box 61010
Houston TX, 77208

77208-101010